UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| KAREN E. BALSTAD, ) | |
| ) | CASE NO. C06-4001 PAZ |
| Plaintiff, ) | |
| ) | |
| vs. ) | JUDGMENT |
| ) | IN A CIVIL CASE |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

This matter came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

This cause is reversed and remanded to the Commissioner to calculate and award benefits for the period after June 5, 2002.

DATED: November 1, 2006

                                            <u>Pridgen J. Watkins - Clerk</u>

                                            <u>S/src</u>
                                            By: Deputy Clerk